# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

BABA DIAKITE
*Defendant*

MAGISTRATE JUDGE: Leda Dunn Wettre

CASE NO. 22-15027 - 01

DATE OF PROCEEDINGS: February 10, 2022

DATE OF ARREST: _____

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [✓] APPT. OF COUNSEL: [✓] AFPD  [ ] CJA
- [✓] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [✓] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: _____
  - [✓] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.   DATE: _____
- [ ] DETENTION/BAIL HRG.   DATE: _____
- [ ] TRIAL: [ ] COURT  [ ] JURY   DATE: _____
- [ ] SENTENCING   DATE: _____
- [ ] OTHER: _____   DATE: _____

**APPEARANCES:**

AUSA: Tazneen Shahabuddin

DEFT. COUNSEL: Husain Gatlin, Esq.

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 4:45 pm
TIME TERMINATED: 5:15 pm
CD NO: ECR

_____
Lorraine McNerney
DEPUTY CLERK